# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS ROBLES,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 73817

**FILED**

SEP 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

    This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

    Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

    ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-38525

cc: Hon. Elissa F. Cadish, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Jesus Robles

SUPREME COURT
OF
NEVADA

(O) 1947A